UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUCIOUS STOVALL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-17475** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "H" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Chief Magistrate Judge's Report and Recommendation, and the Claimant's objections to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Chief Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Lucious Stovall's Supplemental Security Income and Disability Insurance Benefits is **AFFIRMED**.

New Orleans, Louisiana, this 10th day of April, 2018.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**